UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | ED CV 10-2008 PSG (PJWx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | Danial R. Gardner Jr. v. Bank of America, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:** **(In Chambers) Order Dismissing the Case**

     On November 22, 2010, Plaintiff Danial R. Gardner Jr. ("Plaintiff") filed this action against Bank of America, Mortgage Electronic Registrations Systems, Inc. ("MERS"), and Recontrust Company, N.A. ("Recontrust") in San Bernardino County Superior Court. On December 29, 2010, Defendants removed the case to this Court. The Court granted Bank of America's Motion to Dismiss on February 23, 2011, and because Plaintiff failed to file an amended complaint, the Court dismissed Bank of America from the lawsuit, with prejudice, on March 17, 2011. *See* Dkts. #13-14. At the same time, the Court ordered Plaintiff to show cause by April 28, 2011 why the unserved, remaining defendants–MERS and Recontrust–should not be dismissed from the case for failure to prosecute. *See* Dkt. #15. To date, Plaintiff has failed to provide proof of service with respect to MERS or Recontrust or otherwise respond to the Court's Order to Show Cause. Thus, the Court DISMISSES MERS and Recontrust, and, because the Court already dismissed Bank of America, the Court closes the case.

     **IT IS SO ORDERED.**